```
JACKIE LYNN ANDERSON           FIRST PREMIER BANK             SYNCHRONY
CARLIS VENETTE ANDERSON        3820 N LOUISE AVE              ATTN: BANKRUPTCY
23321 UNICORN LN               SIOUX FALLS, SD 57107          PO BOX 955060
PASS CHRISTIAN, MS 39571                                      ORLANDO, FL 32896-5060


THOMAS C. ROLLINS, JR.         INTERNAL REVENUE SERVI         US ATTORNEY GENERAL
THE ROLLINS LAW FIRM, PLLC     CENTRALIZED INSOLVENCY         US DEPT OF JUSTICE
P.O. BOX 13767                 P.O. BOX 7346                  950 PENNSYLVANIA AVENW
JACKSON, MS 39236              PHILADELPHIA, PA 19101-7346    WASHINGTON, DC 20530-00


AMERICAN LOAN SERVICES         INTERNAL REVENUE SERVI         ZARZAUR & SCHWARTZ PC
755 S MAIN ST                  C/O US ATTORNEY                P.O. BOX 11366
CEDAR CITY, UT 84720           501 EAST COURT ST              BIRMINGHAM, AL 35202
                               STE 4.430
                               JACKSON, MS 39201


BYRD & WISER                   JMAG LLC
P.O. BOX 1939                  P.O. BOX 282
BILOXI, MS 39533               HARRISBURG, IL 62946


CAPITAL ONE                    MEMORIAL HOSPITAL
ATTN: BANKRUPTCY               PO BOX 1810
P.O. BOX 30285                 GULFPORT, MS 39502
SALT LAKE CITY, UT 84130


CASHNET USA                    MONTGOMERY WARD
175 W JACKSON                  3650 MILWAUKEE
STE 1000                       MADISON, WI 53714-2399
CHICAGO, IL 60604


COMENITY BK                    NAVIGATOR CREDIT UNION
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 182273                  PO BOX 1647
COLUMBUS, OH 43218             PASCAGOULA, MS 39568


CONCORA CREDIT                 NAVIGATOR CREDIT UNION
ATTN: BANKRUPTCY               POB 1647
PO BOX 4477                    PASCAGOULA, MS 39567
BEAVERTON, OR 97076


CONTINENTAL FINANCE CO         STONEBERRY
ATTN: BANKRUPTCY               PO BOX 2820
4550 NEW LINDEN                MONROE, WI 53566-8020
HILL RD
WILMINGTON, DE 19808
```