Certificate Number: 12433-MSS-DE-040489351

Bankruptcy Case Number: 25-51913



12433-MSS-DE-040489351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2026, at 8:32 o'clock PM CST, Jackie L. Anderson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: January 9, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher