Certificate Number: 12433-MSS-DE-040489352

Bankruptcy Case Number: 25-51913



12433-MSS-DE-040489352

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2026</u>, at <u>8:32</u> o'clock <u>PM CST</u>, <u>Carlis V. Anderson</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>January 9, 2026</u>  By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>