United States Bankruptcy Court

Southern District of Mississippi

| In re: | Case No. 25-51913-KMS |
|---|---|
| Jackie Lynn Anderson | Chapter 7 |
| Carlis Venette Anderson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jackie Lynn Anderson, Carlis Venette Anderson, 23321 Unicorn Ln, Pass Christian, MS 39571-9750 |
| 5604471 | + | American Loan Services, 755 S Main St, Cedar City, UT 84720-3653 |
| 5604482 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5604472 | + | Email/Text: wrs@byrdwiser.com | Mar 17 2026 19:48:00 | Byrd & Wiser, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5604477 | | Email/Text: cfcbackoffice@contfinco.com | Mar 17 2026 19:47:00 | Continental Finance Co, Attn: Bankruptcy, 4550 New Linden, Hill Rd, Wilmington, DE 19808 |
| 5604473 | + | EDI: CAPITALONE.COM | Mar 17 2026 23:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5604474 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 17 2026 19:47:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5604475 | + | EDI: WFNNB.COM | Mar 17 2026 23:43:00 | Comenity Bk, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5604476 | + | EDI: PHINGENESIS | Mar 17 2026 23:44:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5604478 | + | EDI: AMINFOFP.COM | Mar 17 2026 23:43:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5604480 | + | Email/Text: ebone.woods@usdoj.gov | Mar 17 2026 19:48:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5604479 | | EDI: IRS.COM | Mar 17 2026 23:43:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5604481 | | Email/Text: paige@jmagllc.com | Mar 17 2026 19:47:00 | JMAG LLC, P.O. Box 282, Harrisburg, IL 62946 |
| 5604483 | + | EDI: CBS7AVE | Mar 17 2026 23:43:00 | Montgomery Ward, 3650 Milwaukee, Madison, WI 53714-2304 |
| 5604484 | | Email/Text: bankruptcy@navigatorcu.org | Mar 17 2026 19:47:00 | Navigator Credit Union, Attn: Bankruptcy, Po Box 1647, Pascagoula, MS 39568 |
| 5604485 | | Email/Text: bankruptcy@navigatorcu.org | Mar 17 2026 19:47:00 | Navigator Credit Union, Pob 1647, Pascagoula, MS 39567 |
| 5604486 | | EDI: CBS7AVE | Mar 17 2026 23:43:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5604487 | | EDI: SYNC | Mar 17 2026 23:43:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, |

District/off: 0538-6                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 17, 2026                       Form ID: 318                                Total Noticed: 20

Orlando, FL 32896-5060

5604488            ^  MEBN

Mar 17 2026 19:45:33    US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001

5604489            Email/Text: ekoch@zsattorneys.com

Mar 17 2026 19:47:00    ZarZaur & Schwartz PC, P.O. Box 11366, Birmingham, AL 35202

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Carlis Venette Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jackie Lynn Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| ***Information to identify the case:*** | | | |
| Debtor 1 | **Jackie Lynn Anderson** | Social Security number or ITIN | **xxx–xx–8680** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Carlis Venette Anderson** | Social Security number or ITIN | **xxx–xx–4595** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:  **25–51913–KMS** | | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jackie Lynn Anderson**                              **Carlis Venette Anderson**

                                                     **By the court:** /s/Katharine M. Samson
Dated: 3/17/26                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**